UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Naji Atef Johnson Jr.                           Docket No. 5:23-CR-93-1BO

**Petition for Action on Supervised Release**

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Naji Atef Johnson Jr., who, upon an earlier plea of guilty to Counts 1 and 2- Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 6, 2023, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Naji Atef Johnson Jr. was released from custody on January 4, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As part of his conditions of supervised release, the defendant was ordered not to use any illegal controlled substances. On February 12, 2024, the defendant tested positive for marijuana. An interpretation report was received from Allere Toxicology Services on February 23, 2024. Their report indicated new use of marijuana between the defendant's original positive urinalysis on January 8, 2024, and his February 12, 2024, drug screen. When confronted with the result of the interpretation report, the defendant denied any new use of marijuana. To effectively monitor the defendant's substance abuse, it is recommended that the defendant's judgment be modified to include our standard drug aftercare condition. The defendant has been verbally reprimanded for his use of illegal drugs and we will monitor his drug use through the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence                            /s/ Hector Gutierrez
Keith W. Lawrence                              Hector Gutierrez
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                     150 Rowan Street Suite 110
                                                     Fayetteville, NC 28301
                                                     Phone: 910-354-2534
                                                     Executed On: March 1, 2024

**ORDER OF THE COURT**

Considered and ordered this _1_ day of _March_, 2024, and ordered filed and made a part of the records in the above case.

/s/ Terrence Boyle
Terrence W. Boyle
United States District Judge