UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Naji Atef Johnson Jr.**  Docket No. 5:23-CR-93-1BO

**Petition for Action on Supervised Release**

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Naji Atef Johnson Jr., who, upon an earlier plea of guilty to Counts 1 and 2 - Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 6, 2023, to the custody of the Bureau of Prisons for a term of 10 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Naji Atef Johnson Jr. was released from custody on January 4, 2024, at which time the term of supervised release commenced.

On March 1, 2024, a Petition for Action on Supervised Release was submitted to the court as a result of the defendant testing positive for marijuana. At that time, the court approved a modification of the defendant's conditions to include a drug aftercare condition. On March 18, 2024, a Violation Report was submitted to the court advising the defendant had committed the offense of No Operator's License. At that time, it was recommended that the defendant's supervision be continued without modification.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 12, 2024, the defendant committed the offense of Driving While License Revoked-Not Impaired Revocation (24CR 710029), in Cumberland County, North Carolina. On April 13, 2024, the defendant committed the offense of Driving While License Revoked- Impaired Revocation (24CR 710201), in Cumberland County, North Carolina. The defendant made this officer aware of the driving charges on April 15, 2024, and admitted to driving while his license was suspended. The defendant was verbally reprimanded for continuing to drive without a valid license even after this officer previously instructed the defendant to not operate a motor vehicle until properly licensed. As a sanction for this conduct and to deter future criminal conduct, we would respectfully recommend that his supervision be modified to include 24 hours of community service within 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service within 60 days and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: April 19, 2024

**ORDER OF THE COURT**

Considered and ordered this 19 day of April, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge